Eastern District of Kentucky
FILED
AUG 2 2 2005
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 02-51-HRW

GEORGE R. CLINE,             PLAINTIFF,

v.            **ORDER**

DR. STEVEN SHEDLOFSKY,            DEFENDANT.

\* \* \* \* \* \* \* \*

This matter is before the Court upon Defendant Dr. Steven Shedlofsky's Motion for Summary Judgment [Record No. 100]. Consistent with local practice, the Court referred this matter to United States Magistrate Judge J. Gregory Wehrman for initial consideration. The Magistrate Judge has since issued a report and recommendation [Record No. 110], recommending that Defendant Dr. Steven Shedlofsky's Motion for Summary Judgment be granted.

The plaintiff did not file objections to the report and recommendation and the time for doing so has now passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Because no objections were filed, the Plaintiff has waived his right to further appeal. *Thomas v. Arn*, 728 F. 2d 813, 814 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED,**

(1) that the Magistrate Judge's report and recommendation [Record No. 110] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and in conformity therewith,

(2) Defendant Dr. Steven Shedlofsky's Motion for Summary Judgment [Record No. 100] is **SUSTAINED**; and

(3) a separate Judgment shall issue contemporaneously herewith.

This 22 day of August, 2005.

_____
Henry R. Wilhoit, Jr., Senior Judge